UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO. 4:18-CV-2389 |
| | § | |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY; ET AL., | § | |
| *Defendants.* | § | |

## STATUS REPORT

Defendants file this status report to notify the Court that Plaintiff and her daughter have been reunited at the Port Isabel Detention Center. Defendants further advise that Plaintiff has been issued a Notice to Appear in immigration court for removal proceedings under § 240 of the Immigration and Nationality Act. Plaintiff will not be subject to removal until the § 240 proceedings are completed. Plaintiff and her daughter will be released from the detention center today.

Respectfully Submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

/s/ *Krystal D. Walker*
Assistant United States Attorney
MS Bar No. 103304
SDTX Bar No. 2898158
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9380
Facsimile: (713) 718-3303
krystal.walker@usdoj.gov
Attorney-in-Charge for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I filed the foregoing document with the Clerk's Office through the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ *Krystal D. Walker*
Assistant United States Attorney